Priority  ✗
Send      X
Enter     ___
Closed    ___
JS-5/JS-6 ___
JS-2/JS-3 ___
Scan Only ___

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA



FILED
CLERK, U.S. DISTRICT COURT
DEC 10 2004
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

In the Matter of the Transfer of Cases )   SACV 04 - 1044 GLT (ANx)
from the Calendar                      )   ORDER OF THE CHIEF JUDGE
                                       )
of                                     )
                                       )
Judge GARY L. TAYLOR                   )
_____)   04-080

IT IS ORDERED, with the concurrence of the Case Management and Assignment Committee, that the following cases be reassigned from the calendar of Judge Gary L. Taylor to the calendar of Judge Stephen V. Wilson for all further proceedings:

ED 04 1461 GLT(RZ)    Kenneth S. Helstowski v. JoAnne B Barnhart
SA 04 1044 GLT(ANx)   Club Moulin Rouge v. City of Huntington Beach
SA 04 1347 GLT(ANx)   Fonovisa Inc. v. Wallace

DATED: December 10, 2004

_____
Chief Judge Consuelo B. Marshall

DOCKETED ON CM
DEC 2 9 2004
BY ___CSB___ 038

)



40